UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>                                    Plaintiff,<br><br>                    -against-<br><br>CONSUMER HEALTH BENEFITS ASSOCIATION, organized as a Missouri not-for-profit, also doing business as CHBA,<br><br>NATIONAL ASSOCIATION FOR AMERICANS, organized as a Missouri not-for-profit, also doing business as NAFA,<br><br>NATIONAL BENEFITS CONSULTANTS, LLC, a Florida limited liability company, also doing business as NBC,<br><br>NATIONAL BENEFIT SOLUTIONS, LLC, a Florida limited liability company, also doing business as NBS,<br><br>LOUIS LEO, individually, as a Managing Member of NATIONAL BENEFITS CONSULTANTS, LLC, as a Managing Member of NATIONAL BENEFIT SOLUTIONS, LLC, and as the Vice President and Treasurer of CONSUMER HEALTH BENEFITS ASSOCIATION,<br><br>RON WERNER. individually, as Managing Member of NATIONAL BENEFITS CONSULTANTS, LLC, as a Managing Member of NATIONAL BENEFIT SOLUTIONS, LLC, and as President and Managing Partner of CONSUMER HEALTH BENEFITS ASSOCIATION, and<br><br>RITA WERNER, individually, as Senior Vice President and Director of Operations of CONSUMER HEALTH BENEFITS ASSOCIATION,<br><br>                                    Defendants. | Civ. No. 10-cv-03551-ILG |

## AFFIRMATION OF SERVICE

Lindsay Weber declares under penalty of perjury that on or before September 21, 2010, she served a true copy of the annexed Order to Show Cause and supporting documentation by mailing same via Federal Express and by Electronic Mail to:

Carole A. Paynter
Federal Trade Commission
1 Bowling Green, Suite 318
New York, NY 10004-1457
Email: cpaynter@ftc.gov

Karen Anne Dahlberg
Federal Trade Commission
1 Bowling Green, Suite 318
New York, NY 10004-1457
Email: kdahlberg@ftc.gov

Andrew Messite
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022
Email: amessite@reedsmith.com

Dawn M. Canty
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
Email: dawn.canty@kattenlaw.com

Ron Werner on behalf of
Consumer Health Benefits
Association
National Association for Americans
National Benefits Consultants, LLC
National Benefit Solutions, LLC
4875 Coconut Creek Parkway
Coconut Creek, Florida 33063

Judith Harris
Email: JLHarris@reedsmith.com

Louis Leo
Email: lleo@ulyfe.com

Dated: New York, New York
September 21, 2010

2

Respectfully submitted,
By: /s/ Lindsay Weber
Lindsay Weber
Tese & Milner
One Minetta Lane
New York, New York 10012
(212) 475-3673