|  | **TESE & MILNER** |  |
|---|---|---|
|  | One Minetta Lane |  |
|  | New York, New York 10012 |  |

| | | |
|---|---|---|
| Michael M. Milner, Esq. | | Raymond |
| Tese, Esq. | | |
| Angela Tese-Milner, Esq. | (212) 475-3673 | (1912-2002) |
| _____ | Fax (212) 598-5864 | Vincent S. Tese, Esq. |
| Eric Goldberg, Esq. | | (1903–1975) |

October 6, 2010

Honorable I. Leo Glasser, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Via First Class Mail and Facsimile

    Re:    *Federal Trade Comm'n v. Consumer Health Benefits Assoc., et. al.*
             Civ. No. 10-3551

Dear Judge Glasser:

    This letter is to request an adjournment of the October 12, 2010 hearing on the Temporary Receiver's Motion to Compel Compliance with the Temporary Restraining Order ("Receiver's Motion").

    Guaranteed Trust Life Insurance Company, the Receiver and their respect professionals are presently conferring and engaging in discussions regarding relevant document production. We feel that an extension of time will be productive and hopefully allow us to consensually resolve the issues raised by the Receiver's Motion without the need for further hearing.

    We therefore request that the hearing presently scheduled for October 12, 2010 be adjourned to October 26, 27 or 28, 2010.

                                                Respectfully,

                                                /s/ Michael Milner
                                                Michael M. Milner
                                                Tese & Milner
                                                One Minetta Lane
                                                New York, New York 10012

Cc:    Dawn M. Canty
          Carol Paynter, Esq.
          Karen Dahlberg, Esq.