UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JONATHAN E. NUECHTERLEIN
General Counsel

WILLIAM H. EFRON
Regional Director
Northeast Region

KAREN DAHLBERG (kdahlberg@ftc.gov)
NUR-UL-HAQ (nhaq@ftc.gov)
BEVIN MURPHY (bmurphy1@ftc.gov)
THEODORE ZANG, JR. (tzang@ftc.gov)
Federal Trade Commission
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
tel: 212-607-2829/ fax: 212-607-2822

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>CONSUMER HEALTH BENEFITS ASSOCIATION, organized as a Missouri not-for-profit, also doing business as CHBA, et al.,<br><br>    Defendants. | **Case No. 10-cv-03551 (ILG) (RLM)**<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT BY PLAINTIFF AGAINST DEFENDANTS** |

**Oral Argument Requested**

**PLEASE TAKE NOTICE** that upon the annexed Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment Against Defendants Consumer Health Benefits Association; Plaintiff's Rule 56.1 Statement of Material Facts Not in Dispute on Motion for Summary Judgment and Exhibits Against Defendants Consumer Health Benefits Association; (Proposed) Final Judgment and Order of Permanent Injunction and Other Equitable Relief Against Defendants Consumer Health Benefits Association; the Plaintiff, Federal Trade Commission, will move this Court, in Courtroom 8B South of the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for an order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Fed. R. Civ. P. 56(a), granting Plaintiff summary judgment on liability and damages as to Defendants Consumer Health Benefits Association.

Dated: _July 23_, 2013
New York, New York

JONATHAN E. NUECHTERLEIN
General Counsel

WILLIAM H. EFRON
Regional Director
Northeast Region

Karen Dahlberg (kdahlberg@ftc.gov)
Nur-ul-Haq (nhaq@ftc.gov)
Bevin Murphy (bmurphy1@ftc.gov)
Theodore Zang, Jr. (tzang@ftc.gov)
Federal Trade Commission
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
tel: 212-607-2829/fax: 212-607-2822

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2013, I caused a copy of the foregoing: Plaintiff FTC's Motion for Summary Judgment, Memorandum in Support of the FTC's Motion for Summary Judgment and Exhibits, and Rule 56.1 Statement of Material Facts Not in Dispute on Motion for Summary Judgment to be served via electronic mail to the following parties:

J. Maxwell Beatty, Esq.
Diamond McCarthy LLP
909 Fannin Street, 15th Floor
Two Houston Center
Houston, Texas 77010
mbeatty@diamondmccarthy.com
Counsel for Defendants **Rita Werner** and **Ronald Werner**

Louis Leo, IV
4875 Coconut Creek Parkway, Suite 101
Coconut Creek, FL 33063
louis@leolawgroup.com
joel@MedgebowLaw.com
Counsel for **Defendant Louis Leo**

Dawn M. Canty, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
dawn.canty@kattenlaw.com
Counsel for Defendants **Guarantee Trust Life Insurance Company, Century Senior Services, Vantage America Solutions, Jeffrey Burman, Richard Holson, III**, and **Barbara Taube**

Martin R. Raskin, Esq.
Raskin & Raskin
866 South Dixie Highway
Coral Gables, Florida 33146
mraskin@raskinlaw.com
Counsel for Defendants **Wendi Tow** and **John Schwartz**

Date: _July 23_, 2013

Nur-ul-Haq
Federal Trade Commission
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
Tel: (212) 607-2806
Fax: (212) 607-2822
Email: nhaq@ftc.gov